**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 22, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00069-CV**

---

**IN RE THE CORDISH COMPANY AND BAYOU PLACE LIMITED PARTNERSHIP, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-72382**

---

## MEMORANDUM OPINION

On Tuesday, January 30, 2024, relators, The Cordish Company and Bayou Place Limited Partnership, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition,

relators ask this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate his January 11, 2024 order compelling the deposition of David Cordish.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and lift our January 31, 2024 stay order.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.